IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TREMAINE DESHUN LEIGH**, | * |
| Plaintiff, | * |
| v. | Case No.  5:24-cv-00130-MTT-TQL |
| | * |
| **HANCOCK STATE PRISON WARDEN ,** | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 2, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 2nd day of October, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk